**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1376**

_____

MICHELLE GROSS; IVAN COWANS; DAQUAN WELLINGTON; DEOINTE DANIELS; DEVONTE DANIELS,

             Plaintiffs - Appellants,

    v.

P.O. FRANCISCO HOPKINS, individually and in his official capacity as a public safety officer,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Beth P. Gesner, Magistrate Judge. (1:17-cv-03479-BPG)

_____

Submitted: February 9, 2023                              Decided: July 10, 2023

_____

Before RUSHING and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** Keith Altman, LAW OFFICE OF KEITH ALTMAN, Farmington Hills, Michigan, for Appellants. James L. Shea, City Solicitor, Matthew O. Bradford, Chief Solicitor, Michael Redmond, Director, Appellate Practice Group, BALTIMORE CITY DEPARTMENT OF LAW, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs sued defendant under 42 U.S.C. § 1983 for violating their constitutional rights during the execution of a warrant at plaintiff Michelle Gross's home. The district court granted summary judgment for defendant. On appeal, plaintiffs challenge the district court's conclusions. We review a grant of summary judgment de novo, "constru[ing] the evidence in the light most favorable to . . . the non-moving party." *Betton v. Belue*, 942 F.3d 184, 190 (4th Cir. 2019). Having reviewed the record, we see no reversible error and thus affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED*